**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**SHU-YI WANG,**

**Plaintiff,**

**vs.** **Case No. 1:26-cv-124-MW-MAF**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,**

**Defendants.**

______________________________/

# O R D E R

Defendants have filed an unopposed motion for extension of time to respond to Plaintiff's complaint/petition for writ of mandamus. ECF No. 10. Defendants seek an additional thirty days from the original July 31st deadline to see what occurs after the interview for Plaintiff's I-130 petition, which was scheduled to take place on July 27, 2026, and could "resolve [this case] without the need for litigation." Id. at 2. Good cause is shown. Accordingly, it is **ORDERED** that Defendants' motion for extension of time, ECF No. 10, is **GRANTED**. Defendants shall file an answer or other response to Plaintiff's complaint/petition for writ of mandamus no later than **September 1, 2026.**

**DONE AND ORDERED** on July 28, 2026.

**s/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**